CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ROHIT A. SABNIS (SBN: 221465)
rsabnis@burnhambrown.com
ARTHUR S. GAUS (SBN: 289560)
agaus@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604-0119
---
1901 Harrison Street, Suite 1400
Oakland, California 94612-3523
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Attorneys for Defendant
Life Storage LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>LIFE STORAGE LP, a Delaware Limited Partnership<br><br>    Defendants. | Case: 5:21-cv-00105-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 28, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

Dated: June 28, 2021     BURNHAM BROWN

By: /s/ Arthur S. Gaus
      Rohit A. Sabnis
      Arthur S. Gaus
      Attorneys for Defendant
      Life Storage LP

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Arthur S. Gaus counsel for Life Storage LP, and that I have obtained Mr. Gaus's authorization to affix his electronic signature to this document.

Dated: June 28, 2021              CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff